UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 17-0779-ODW-KK | Date: | February 2, 2017 |
| Title: | *Kevin Taylor v. Kelly Boyd, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order re: Failure to File Request to Proceed <u>In Forma Pauperis</u>

    Plaintiff Kevin Taylor ("Plaintiff"), an inmate at California State Prison, Wasco, has filed a civil rights complaint under 42 U.S.C. § 1983 ("Complaint"). Plaintiff has neither paid the mandatory $400.00 filing fee, nor filed a request to proceed <u>in forma pauperis</u>, which must include a certified copy of his prison trust-fund statement and an authorization for disbursement of funds.

    Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order he must (1) pay the full $400.00 filing fee; (2) file a request for <u>in forma pauperis</u> status along with the necessary accompanying documents; or (3) show cause in writing why he is unable to do so. The Clerk is directed to mail Plaintiff a blank copy of the district's form <u>in forma pauperis</u> request (CV-060P). Plaintiff is expressly warned that his failure to timely comply with this Order may result in his lawsuit being dismissed for failure to prosecute.

    **IT IS SO ORDERED.**